# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

## No. 98-10537
_____

## UNITED STATES OF AMERICA,

**Plaintiff-Appellee,**

**versus**

## JOSE RICARDO SOLORZANO; LUIS ANTONIO HERNANDEZ; ANTONIO RUIZ GARCIA,

**Defendants-Appellants.**

_____

### Appeal from the United States District Court
### for the Northern District of Texas
### (3:97-CR-396-2-R)
_____

September 13, 1999

Before DUHE,  BARKSDALE, and EMILIO M. GARZA, Circuit Judges:

PER CURIAM:[*]

AFFIRMED.  See 5th Cir. Rule 47.6.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.